**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7416**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY JACK DELAUDER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Charles H. Haden II, District Judge. (CR-93-22)

_____

Submitted: February 19, 2004      Decided: February 25, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Bobby Jack DeLauder, Appellant Pro Se. Sharon Mullen Frazier, OFFICE OF THE UNITED STATES ATTORNEY, Huntington, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Jack DeLauder seeks to appeal the district court's order denying DeLauder's motion to require the government to allow him to "demonstrate ordinance." We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED